**No. 51082.**—Protest 847369–G of Balfour, Guthrie Co., Ltd. (New York).

Opinion by KINCHELOE, J. From the testimony it appeared that the merchandise consists of cocoa-fiber pile mats of the same dutiable character as those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). In accordance therewith the claim at 90 percent under paragraph 1529 (a) was sustained.